IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| ANTHONY KEITH, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:04-CV-716-WKW |
| | ) | (WO) |
| MGA, INC., | ) | |
| | ) | |
|    Defendant. | ) | |

**FINAL JUDGMENT**

In accordance with the prior proceedings, opinions, and orders of the Court, it is the ORDER, JUDGMENT, and DECREE of the Court that:

(1) Judgment be and is hereby entered in favor of the defendant, MGA, Inc., and against the plaintiff, Anthony Keith.

(2) Costs are taxed against plaintiff, Anthony Keith, for which execution may issue.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this the 14th day of April, 2006.

                                   /s/   W.  Keith Watkins
                                 UNITED STATES DISTRICT JUDGE